## Dushan C. Deshick, Appellant, v. Best Kosher Sausage Company, Appellee.

### Gen. No. 46,594. (Abstract of Decision.)

First District, First Division.

October 31, 1955.

Released for publication November 16, 1955.

Theodore L. Forsberg, for appellant; Hinshaw, Culbertson, Moelmann & Hoban, for defendant; Oswell G. Treadway, of counsel. Opinion by JUSTICE BURKE. Not to be published in full.